1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  HUNG DUONG NGUON,

11          Plaintiff,              No. 2:11-cv-0493 DAD (PC)

12      vs.

13  TIM V. VIRGA,

14          Defendant.              ORDER

15  _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to
17  42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed
18  before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  See Consent filed
19  March 22, 2011.
20          By order filed April 4, 2011, plaintiff was granted thirty days in which to file an
21  amended complaint and a completed application to proceed in forma pauperis.  Plaintiff was
22  cautioned that failure to comply with that order might result in the dismissal of this action.  The
23  thirty day period has now expired, and plaintiff has not filed an amended complaint or a complete
24  in forma pauperis application or otherwise responded to the court's order.
25  /////
26  /////

1

1         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3 DATED: May 18, 2011.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:12
nguo0493.fta

2